# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

IN RE: §
§
MARINE MILITARY ACADEMY §
§
§ CIVIL ACTION NO. B-00-078
§
§

*United States District Court*
*Southern District of Texas*
*ENTERED*

**MAY 26 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

MOTION TO TRANSFER CIVIL ACTION PURSUANT TO MANDATORY PROVISIONS OF 28 U.S.C. § 157(b)(5)

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |

DATE AND TIME SCHEDULED:

JUNE 5, 2000    2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  MAY 25, 2000

TO:  MS. MARY ALICE MCLARTY
     MR. EDWIN RANDOLPH FLEURIET
     MR. AGUSTIN RIVERA
     MR. GILBERTO HINOJOSA

ClibPDF - www.fastio.com