*11*

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Jeanette Blanton, et al, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-00-078 |
| Marine Military Academy, Inc., | § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on June 2, 2000, the Court considered the Defendants' Motion to Transfer Civil Action Pursuant to Mandatory Provisions of 28 U.S.C. § 157(b)(5) [Docket No. 2]. It is ordered that pursuant to 28 U.S.C. § 157(b)(5) this case is transferred to the United States District Court for the District of Arizona for such action as that Court may deem appropriate pursuant to 28 U.S.C. § 157(b)(5).

DONE at Brownsville, Texas, this 2nd day of June 2000.

John Wm. Black
United States Magistrate Judge