12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JEANETTE BLANTON, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-078 |
| MARINE MILITARY ACADEMY, INC. | § § | |

TYPE OF CASE:        __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been CANCELLED:**

TYPE OF PROCEEDING:

**HEARING ON MOTION TO TRANSFER CIVIL ACTION PURSUANT TO MANDATORY PROVISIONS OF 28 U.S.C. § 157(b)(5)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JUNE 5, 2000 AT 2:00 P.M.**

_____
JOHN WM BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 2, 2000

TO:   MS. MARY ALICE McLARTY
      MR. FRANK COSTILLA
      MR. EDWIN R. FLEURIET
      MR. SHELBY A. JORDAN
      MR. AUGUSTIN RIVERA, JR.
      MR. GILBERTO HINOJOSA
      MR. MICHAEL URBIS
      MR. GEORGE J. PETRAS, IV
      MR. TOM A. LOCKHART